263 F.2d 839
 UNITED STATES of America, Appellant,
v.
J. C. GAUVEY, doing business as Gauvey Rig and Trucking Company, et al.
 No. 16105.
 United States Court of Appeals Eighth Circuit.
 January 21, 1959.
 
 Appeal from the United States District Court for the District of North Dakota.
 Robert Vogel, U. S. Atty., and Gordon Thompson, Asst. U. S. Atty., Fargo, N. D., for appellant.
 Joseph P. Stevens, Minot, N. D., Fred E. Whisenand, Jr., Bjella, Jestrab & Neff, Walter O. Burk, John R. Davidson, Williston, N. D., Strutz, Jansonius & Fleck, Bismarck, N. D., George A. Soule, Van Osdel & Foss, Fargo, N. D., and John F. Lord, Mandan, N. D., for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed with prejudice, on motion of appellant and stipulation of parties.